FILED 17 JUN '26 16:43 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr- 00226-IM |
| v. | INDICTMENT |
| ISRAEL RIVERA DELGADO, | 18 U.S.C. § 1163<br>18 U.S.C. § 641 |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1
(Theft from an Indian Tribal Organization)
(18 U.S.C. § 1163)

On or about December 5, 2025, in the District of Oregon, defendant, **ISRAEL RIVERA DELGADO**, did knowingly steal and convert to his own use property of value, to wit: two laptop computers, an iPad and Apple keyboard, two iPhones, an Eschenbach magnifying glass, and an Apple watch, the value of which was over $1,000, which belonged to the Tamastslikt Cultural Institute, an Indian tribal organization;

In violation of Title 18, United States Code, Section 1163.

COUNT 2
(Theft of Government Property)
(18 U.S.C. § 641)

On or about December 6, 2025, in the District of Oregon, defendant, **ISRAEL RIVERA DELGADO**, did knowingly steal and convert to his own use property of value, to wit: a Truck, the value of which was over $1,000, with the intent to deprive the owner of the use or benefit of

the property, which belonged to the Bureau of Indian Affairs, a Department or Agency of the United States;

In violation of Title 18, United States Code, Section 641.

Dated: June 17, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

ARIN C. HEINZ, MIB # P80252
Assistant United States Attorney